

**Bobbie Lee DRAKE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**William Allen HASKINS, Petitioner,**

v.

**Stephen P. WHITE, Jr., Judge, Lyon Circuit Court, Respondent.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

William Allen Haskins, pro se.

Memorandum Opinion of the Court by Commissioner CATINNA, Denying Writ of Prohibition.*

**Irene Kane LEWIS et al., Appellants,**

v.

**FIRST NATIONAL BANK & TRUST COMPANY OF COVINGTON, Kentucky, et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

William C. Oldfield, Cobb, Combs, Beasley & Oldfield, Covington, for appellants.

Albert H. Root, Newport, Charles H. Tobias, Cincinnati, Ohio, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

**Earl MORGAN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 14, 1973.

Richard J. Getty, Paris, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.